UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANDY LIM

    Plaintiffs,

  v.

AMERICAN GENERAL LIFE
INSURANCE COMPANY, ET AL,

    Defendants.

Case No. 19-cv-02565-EMC

**SUA SPONTE JUDICIAL REFERRAL
FOR PURPOSES OF DETERMINING
RELATIONSHIP OF CASES**

   Pursuant to Civil Local Rule 3-12 (c), the Court ORDERS that the above-captioned case is referred to Judge Jeffrey S. White to determine whether it is related to Sandy Lim v. American General Life Insurance Company, et al., Case No. C18-3697 JSW.

   **IT IS SO ORDERED.**

Dated: June 3, 2019

_____
EDWARD M. CHEN
United States District Judge